FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA SALAZAR, an individual, | |
|     Plaintiff, | No. 4:21-CV-05139-SAB |
|     v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurance company, | **ORDER GRANTING STIPULATED MOTION TO DISMISS** |
|     Defendant. | |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 5. The motion was considered without oral argument. Plaintiff is represented by Edwardo Morfin. Defendants are represented by Eric J. Neal and Thomas Lether.

The parties ask the Court to dismiss Plaintiff's claims against Defendant with prejudice, with each party to bear its own costs and attorney's fees. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court grants the motion and dismisses the action with prejudice.

//

//

//

//

//

**ORDER GRANTING STIPULATED MOTION TO DISMISS * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 5, is **GRANTED**.

2. The status conference on January 4, 2022 is **STRICKEN**.

3. The above-captioned action and claims therein are **DISMISSED with prejudice**. Each party is responsible for their own costs and attorneys' fees.

4. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 30th day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS * 2**